**FILED**

'JUL 0 7 2020

**U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. Enter cause number |
| | ) | |
| MICHAEL SCOTT, | ) | 1 : 2 0 -cr- 1 5 4    JRS -DLP |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1
**18 U.S.C. § 2250(a)**
**(Failure to Register)**

The Grand Jury charges that:

On or about April 12, 2019, in the Southern District of Indiana, Defendant MICHAEL

SCOTT, an individual required to register under the Sex Offender Registration and Notification

Act, travelled in interstate commerce from Illinois to Indiana and knowingly failed to register

and update a registration as required by the Sex Offender Registration and Notification Act.

All of which is in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

████████████████

FOREPERSON

1

JOSH J. MINKLER
United States Attorney

By: _____
Adam Eakman
Assistant United States Attorney